# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| John W. Peterson, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION TO** |
| ) | **APPEAR PRO HAC VICE** |
| vs. ) | |
| ) | |
| Canadian Pacific Railway Company (CP ) | |
| Rail); a/k/a Soo Line Railroad Company, ) | |
| ) | Case No. 1:07-cv-022 |
| Defendant. ) | |

_____

     Before the court is the Plaintiff's Motion for attorney Charles Collins to Appear Pro Hac Vice on his behalf. In accordance with Local Rule 79.1(D), Mr. Collins has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr Collins has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 3) is **GRANTED**. Mr. Collins is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

     **IT IS SO ORDERED.**

     Dated this 29th day of March, 2007.

                                      /s/ Charles S. Miller, Jr.
                                      Charles S. Miller, Jr.
                                      United States Magistrate Judge