**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| John W. Peterson,  ) | |
| )  | |
| Plaintiff,  ) | |
| )  | |
| vs.  )  | **ORDER** |
| )  | |
| Canadian Pacific Railway Company, (CP Rail)  ) | |
| a/k/a Soo Line Railroad Company,  )  | Case No. 4:07-cv-022 |
| )  | |
| Defendant.  ) | |

_____

On May 24, 2007, the parties filed a Stipulation for Extension of Time to Respond to Asnwer or Otherwise Respond to the Complaint. The court **ADOPTS** the parties stipulation (Docket No. 6) and **ORDERS** that the Defendant shall have until May 31, 2007, to file an answer or otherwise respond to the Plaintiff's Complaint.

Dated this 29th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge